UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BAS HOLDING CORP.<br>    Defendant/Counterclaim Plaintiff | CA No. 1:21-cv-11572 |

## BAS HOLDING CORP.'S RULE 16.1 CERTIFICATION

In accordance with Local Rule 16.1(d)(3), BAS Holding Corporation ("BAS") and its undersigned counsel hereby affirm that BAS and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider resolution of litigation using alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BAS Holding Corp.

By: /s/ Chris Carney

_____
Authorized representative of BAS Holding Corp.

Respectfully Submitted,
BAS Holdings Corporation
By its Attorneys,

/s/ Christopher M. Reilly

_____
Christopher M. Reilly, BBO# 674041
SLOANE and WALSH, LLP
One Boston Place
201 Washington St., Suite 1600
Telephone: (617) 523-6010
Facsimile: (617) 227-0927
aantonellis@sloanewalsh.com
creilly@sloanewalsh.com

1

## **CERTIFICATE OF SERVICE**

    I, Christopher M. Reilly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

    */s/ Christopher M. Reilly*
    _____
    Christopher M. Reilly

Date: November 5, 2021