# Exhibit Q

## "Exhibit 5" from Deposition of Matt Roberts



# Samuel F. McCormack Co., Inc.
**Insurance Adjusters and Appraisers**

March 26, 2021

Philadelphia Insurance Company
One Bala Plaza
Bala Cynwyd, PA 19004

Attention: Matthew Shealy

RE:    ASSURED:               BAS Holding Corp.
          MAIL ADDRESS:     PO Box 172, Raynham, MA 02767
          LOSS LOCATION:  433 Forest Avenue, Brockton, MA 02301
          TYPE OF LOSS:     Fire
          DATE OF LOSS:     03/17/2021
          OUR FILE NO.:      21-00764
          POLICY NO.:        PHPK2149023
          CLAIM NO.:         PHEK21031426748

### 1ST REPORT

Dear Mr. Shealy:

### SOURCE AND DATE OF ASSIGNMENT:

The assignment of this loss was received in our office on **03/19/2021** from the claims department. The insured was contacted on **03/19/2021** and the loss was inspected on **03/20/2021, 03/22/2021** and **03/26/2021.**

### RECOMMENDED RESERVES:

Based on replacement of the building with 8850 sf of open exhibition space with matching architectural details, we are recommending a precautionary reserve of $2,000,000.00.

### ENCLOSURES:

1. Fire Report
2. Chapter 139 Letter
3. Property Card
4. Asbestos Survey Report
5. Roof Measurement Report
6. Brockton Fire Dept Photographs
7. Stonehill College Photographs
8. Adjuster Photographs – 3/22/21
9. Adjuster Photographs – 3/26/21

### COVERAGE:

Coverage information provided has been confirmed indicating that the insured's policy is subject to policy form CP0010, CP1030.  It is insured in the blanket amount of **$2,349,908.00** building and business personal property totaling **$70,750.00**.  The policy inception date is 06/27/2020 to 06/27/2021.  The policy is written subject to a **$5,000.00** deductible.

*42 Holbrook Avenue, Braintree, MA 02184 1-800-972-5399 (781) 843-1222 Fax (781) 849-8191*
*125 Waterhouse Road, Bourne, MA 02532 (508) 403-2600 Fax (508) 403-2602*
*www.mccormackadjuster.com*

PIIC 000843

**Page 2**

ASSURED:              BAS Holding Corp.
POLICY NO:           PHPK2149023
OUR FILE NO:        21-00764
YOUR CLAIM NO:    PHEK21031426748

## OTHER INSURANCE:

There is no other insurance.

## PREVIOUS LOSSES:

We are unaware of prior loss history at insured location.

## RISK:

The involved risk is the "Exhibit Building" listed as Location #1, Building #4 on the declarations page. The building was utilized for off season storage of Fairground supplies and in season the building was used for displays and agricultural exhibits. Due to the Pandemic, the Fairgrounds had been closed. Future plans were unknown given the Massachusetts restrictions.

We have secured photographs from a local college to demonstrate pre-loss finishes.

The building consists of two open exhibition buildings constructed of triple wythe brick walls with a steel truss open roofing system. The front building is approximately 4700 sf and the rear addition is 4150 sf. The interior of the brick walls was finished with painted plaster and all openings were trimmed out with decorative moldings.

We are in the process of preparing building valuations; which will be included in our next reporting.

## ENCUMBRANCE:

There is a mortgage on the residence in favor of Rockland Trust Company.

## ORIGIN:

Total loss fire sustained to Location #1, Building #4. Mr. Sean Reddy of NEFCO Fire Investigations has been retained to perform a cause & origin investigation.

Enclosed, please find a copy of the preliminary Brockton Fire Department report. They arrived on scene 3/17/21 at 0100 to a 5-alarm fire. According to their preliminary report, the cause "undetermined after investigation". We have secured the enclosed photographs from BFD.

## ADJUSTMENT:

We were on site 3/20/21. At that time, no access was allowed and the demolition was underway. City Officials and Brockton FD required emergency demo. No engineer has been identified.

Your insured has provided the enclosed asbestos survey report from Banner Environmental Services. You will note, asbestos hazards were identified.

*42 Holbrook Avenue, Braintree, MA 02184 1-800-972-5399 (781) 843-1222 Fax (781) 849-8191*
*125 Waterhouse Road, Bourne, MA 02532 (508) 403-2600 Fax (508) 403-2602*
*www.mccormackadjuster.com*

PIIC 000844

**Page 3**

| | |
|---|---|
| ASSURED: | BAS Holding Corp. |
| POLICY NO: | PHPK2149023 |
| OUR FILE NO: | 21-00764 |
| YOUR CLAIM NO: | PHEK21031426748 |

The building will need to be rebuilt to match the existing with the front building built on a slab on grade, and the rear building to be built on a slab which is constructed over a concrete foundation.

**SUBROGATION:**

We defer to Mr. Reddy's investigation and leave the decision of subrogation to the discretion of the carrier.

**RECOMMENDATIONS:**

Please diary your file ahead for a 30 day period.  We will keep you advised of all significant developments.

Very truly yours,

Andrew McCormack, President
arm@mccormackadjuster.com
Cell: 781-953-4972

PIIC 000845

```
              Brockton Fire Department         Page: 1
                   Incident Report            03/22/2021


           Incident #: 21-4825-IN  Exp. 0
```

Call #: 21-24342

Location: 500  BELMONT ST
          BROCKTON,MA  02301

Census Tract: 5107-00
    District: 8242

Officer In Charge: NARDELLI, BRIAN on
      Report By: NARDELLI, BRIAN on 03/17/2021
    Approved By: NARDELLI, BRIAN on 03/17/2021

## Basic Incident Information

Incident Type: **Building fire**
Property Use: Warehouse
Actions Taken: Extinguishment by fire service personnel

Owner: GEORGE CARNEY
       500  BELMONT ST
       BROCKTON, MA  02301

Property Loss: $400000          Pre-Incident Value: $400000
Contents Loss: $0               Pre-Incident Value: $0

## Resources Used Summary

Alarm: 03/17/2021 @ 0053          Arrived: 03/17/2021 @ 0100
Cleared: 03/17/2021 @ 0516

Shift: 4          Alarms: 5          Aid: None

          Apparatus                    Personnel
Suppression: 9              Suppression: 33
        EMS: 0                      EMS: 0
      Other: 1                    Other: 2

## Casualties Summary

          Deaths                       Injuries
Fire Service: 0              Fire Service: 1
   Civilian: 0                  Civilian: 0

## Special Studies

Highest Alarm Level: Fifth Alarm

```
           Brockton Fire Department          Page: 2
              Incident Report                03/22/2021


        Incident #: 21-4825-IN   Exp. 0
```

## Fire

```
        Buildings involved: 0
Residential living units: 0
           Acres Burned:

              Area of origin: Undetermined
           Cause of ignition: Cause undetermined after investigation
                 Heat source: Undetermined
          Item first ignited: Undetermined
            Type of material:
1st Contributing Ignition Factor:
2nd Contributing Ignition Factor:

        Mobile Property Involved: None

        Pre-fire plan available:  No
```

## Structure

```
   Structure type: Enclosed building          Stories above grade: 2
   Building status: Undetermined              Stories below grade: 1
   Main floor size: 100' x 80'

              Story of fire origin: 1
                 Fire spread: Confined to room of origin
       Stories with minor damage:
  Stories with significant damage:
       Stories with heavy damage:
      Stories with extreme damage:

              Detector presence: Undetermined
                         Type: Undetermined
                        Power: Undetermined

  Automatic extinguishment system: None Present
```

## State

```
              Critical incident: No
```

```
              Brockton Fire Department          Page:  3
                  Incident Report              03/22/2021


          Incident #: 21-4825-IN  Exp. 0
```

```
          NARRATIVE FOR DEPUTY CHIEF BRIAN NARDELLI

            Ref: 21-4825-IN

          Entered: 03/17/2021 @ 0559        Entry ID: 10329
          Modified: 03/17/2021 @ 0559     Modified ID: 10329
```

Sir,

Enroute for a reported building fire and E5 calls off with heavy fire showing. On arrival, I found heavy fire showing at the A side of the building 3 story ordinary contruction turn of the century building, I struck a second alarm and ordered SA to stretch a 2 1/2. L1 forcing front door and heavy fire overhead and collapsing overhang.Pulled all Cos. back and set up for a defensive attack. Ordered E2 to feed E5 and E7 to feed SA which both would inturn feed L2 and L2 respectivley. Found that the hydrants were not sufficient and struck a third alarm. Chief of Dept. on scene and took Command, II struck a fourth alarm to set up a relay pump to Thurber ave and Belmont st. for sufficient water supply and placed TO1 in command of the operation. Major burning brand concern at the outset of the fire and initial water supply sufficient to quicklt darken down and control flow of brands. I struck a 5 th alarm and it layed out as follows.

L1 AD corner, L2 AB corner, L4 CD corner.

L1 fed by E5 that was fed relay by E2 toE7 to East Bridgewater Engine connected on Belmont st.

L2 fed by E3, that was fed by West Bridgewater Engine from the Avon Engine that was connected to a hydrant on the 36" main on Thurber Ave.

L4 was fed by Stoughton Engine that was fed by The Easton Engine connected to a hydrant at Belmont and Torrey st.

All three aerial master streams operating and were able to extinguish the main body of fier.

National Grid requested along with Building Dept. and property owner to make a determination on the demolition of the building. B2 on scene and made determination that roof needs to be pushed in by property owner to make the building safe. This will happen at first light. All fire extinguished and checking for hot spots that were extinguished as the appeared. Nat. Grid terminated power to the building. FP! and 2 on scene and investigating with the State Fire Marshall. All Cos. picking up and returning. Water Dept. on scene to assist with shuting of hydrants. All members on scene exposed to the products of combustion gases.

DC Nardelli



# Samuel F. McCormack Co., Inc.
Insurance Adjusters and Appraisers

## VIA EMAIL

March 22, 2021

Brockton City Hall

Building Inspector

45 School Street

Brockton, MA 02301

building@cobma.us

|  |  |  |
|---|---|---|
| RE | ASSURED: | BAS Holding Corp. |
|  | LOSS LOCATION: | 433 Forest Avenue, Brockton, MA 02301 |
|  | POLICY NO: | PHPK2149023 |
|  | TYPE OF LOSS: | Fire |
|  | DATE OF LOSS: | 03/17/2021 |
|  | OUR FILE NO: | 21-00764 |

To Whom It May Concern:

Claim has been made involving loss, damage or destruction of the above-captioned property, which may either exceed $1,000.00 or cause **Massachusetts General Laws, Chapter 143, Section 6** to be applicable.  If any notice under **Massachusetts General Laws, Chapter 139, Section 3B** is appropriate, please direct it to the attention of this writer and include a reference to the above-captioned insured, location, policy number, date of loss and claim or file number.

Thank you for your anticipated cooperation.

Very truly yours,

Andrew McCormack

Adjuster
arm@mccormackadjuster.com

cc: Board of Health

PIIC 000849

# COMMERCIAL PROPERTY RECORD CARD   2021

**tyler** *technologies*

**BROCKTON**

Situs : BELMONT ST

PARCEL ID: 026-116

Class : 368

Card: 1 of 3

Printed: October 28, 2020

## CURRENT OWNER

BROCKTON AGRICULTURAL
1958 BROADWAY
RAYNHAM MA 02767
8319/1611 01/01/1800

### GENERAL INFORMATION

| | |
|---|---|
| Living Units | |
| Neighborhood | 449 |
| Alternate ID | 56 |
| Vol / Pg | 8319/1611 |
| District | |
| Zoning | C2 |
| Class | COMMERCIAL |

## Property Notes

COMM 2010 PERMIT

## Land Information

| Type | | Size | Influence Factors | Influence % | Value |
|---|---|---|---|---|---|
| Primary | AC | 20.0000 | | | 6,513,590 |
| Undeveloped | AC | 7.4500 | | | 324,520 |
| Undeveloped | AC | 18.0000 | | | 784,080 |

Total Acres: 45.45
Spot:

Location:

## Assessment Information

| | Appraised | Cost | Income | Prior |
|---|---|---|---|---|
| Land | 7,622,200 | 7,622,200 | 7,622,200 | 7,312,000 |
| Building | 1,032,500 | 1,032,500 | -6,925,000 | 895,800 |
| Total | 8,654,700 | 8,654,700 | 697,000 | 8,207,800 |

Value Flag   COST APPROACH
150' MONOPOLE   111000

**Manual Override Reason**
Base Date of Value   1/1/2020
Effective Date of Value   1/1/2020

## Entrance Information

| Date | ID | Entry Code | Source |
|---|---|---|---|
| 12/19/18 | P&C | Field Review | Other |
| 06/08/17 | JPO | Entry & Sign | Owner |
| 12/21/16 | H&P | Field Review | Other |
| 11/03/14 | JOD | Unimproved | Tenant |

## Permit Information

| Date Issued | Number | Price | Purpose | | % Complete |
|---|---|---|---|---|---|
| 07/25/18 | 69657 | 825 | OTHER | Temporary Tent | |
| 07/05/18 | 69495 | 50 | OTHER | Temporary Tent | |
| 07/05/18 | 69488 | 100 | OTHER | Temporary Tent | |
| 05/29/18 | 69014 | 2,000 | OTHER | Mobile Bldg Staging | |
| 12/19/17 | R68135 | 0 | DEMOLITION | Modular Bldg Left Side | |

## Sales/Ownership History

| Transfer Date | Price | Type | Validity | Deed Reference | Deed Type | Grantee |
|---|---|---|---|---|---|---|
| | | | | 8319/1611 | | BROCKTON AGRICULTURAL |

Inspection Witnessed By _____

PIIC 000850

**tyler** *ch division*

## COMMERCIAL PROPERTY RECORD CARD   2021

**BROCKTON**

Situs : **BELMONT ST** | Parcel Id: **026-116** | Class: **368** | Card: 1 of 3 | Printed: October 28, 2020

### Building Information

Year Built/Eff Year 1920  /
Building # 1
Structure Type Office Bldg L/R 1-4s
Identical Units 1
Total Units
Grade D+
# Covered Parking
# Uncovered Parking
DBA FAIRGROUNDS

### Building Other Features

| Line | Type | +/- | Meas1 | Meas2 | # Stops | Ident Units | Line Type | +/- | Meas1 | Meas2 | # Stops | Ident Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Porch, Enclosed | | 24 | 37 | | 1 | | | | | | |
| 1 | Sprinkler Sys Wet | | 2,737 | 1 | | 1 | | | | | | |
| 1 | Overhead Dr-Roll Stl | | 10 | 14 | | 5 | | | | | | |

### Interior/Exterior Information

| Line | Level | From - To | Int Fin | Area | Perim | Use Type | Wall Height | Ext Walls | Construction | Partitions | Heating | Cooling | Plumbing | Physical | Functional |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 | 01 | 100 | 2,737 | 346 | Offices | 9 | Frame | Wood Frame/Joist/B | Normal | Hw/Steam | None | Normal | 2 | 2 |

### Interior/Exterior Valuation Detail

| Line | Area | Use Type | % Good | % Complete | Use Value/RCNLD |
|---|---|---|---|---|---|
| 1 | 2,737 | Offices | 30 | | 99,510 |

### Outbuilding Data

| Line | Type | Yr Blt | Meas1 | Meas2 | Qty | Area | Grade | Phy | Fun | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dairy Barn | 1940 | | | 5 | 7,150 | E | 0 | | 261,150 |
| 2 | Quonset Bu | 1950 | 76 | 150 | 1 | 11,400 | D | 2 | | 42,050 |
| 3 | Dairy Barn | 1950 | 40 | 82 | 1 | 3,280 | D | 1 | | 41,050 |
| 4 | Steel Bldg | 1970 | 60 | 60 | 1 | 3,600 | D | 3 | | 30,370 |
| 5 | Steel Bldg | 1970 | 65 | 65 | 1 | 4,225 | D | 3 | | 33,870 |

PIIC 000851

# tyler
*technologies*

## COMMERCIAL PROPERTY RECORD CARD   2021

**BROCKTON**

| Situs : BELMONT ST | Parcel Id: 026-116 | Class: 368 | Card: 1 of 3 | Printed: October 28, 2020 |



| ID | Code | Description | Area |
|---|---|---|---|
| A | VP1 | 1S PORCH | 666* |
| B | VS1 | 1S | 2767 |
| C | VS1 | 1S | 24 |
| D | OS3 | OFFICES | 2737* |
| E | PP2 | PORCH, ENCLOSED | 668* |
| F | SS1 | SPRINKLER VS-WET | 2737* |
| G | OD2 | OVERHEAD DR-ROLL STL | 140* |
| H | AD1 | DAIRY AND HORSE BARNS | 7160* |
| I | AD1 | QUONSET BUILDIN | 1400* |
| J | AD1 | DAIRY AND HORSE BARNS | 3280* |
| K | AX1 | PREFABRICATED STEEL BUILDING | 3600* |
| L | AX1 | PREFABRICATED STEEL BUILDING | 4225* |

**Additional Property Photos**





PIIC 000852

# tyler
*erp division*

## COMMERCIAL PROPERTY RECORD CARD  2021

**BROCKTON**

| Situs : BELMONT ST | Parcel Id: 026-116 | Class: 368 | Card: 1 of 3 | Printed: October 28, 2020 |

### Income Detail (Includes all Buildings on Parcel)

| Use Grp | Mod Type | Inc Mod | Model Description | Units | Net Area | Income Rate | Econ Adjust | Potential Gross Income | Vac Model | Vac Adj | Additional Income | Effective Gross Income | Expense Model % | Expense Adj % | Expense Adj | Other Expenses | Total Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | S | | Shell Income Use Group | 0 | 1,322 | | | | | | 0 | | | | | | |
| 01 | A | 003 | Apartments/Per Unit | 0 | 1,844 | | | | | | 0 | | | | | | |
| 04 | S | 003 | Office Low Rise 1-3 Sto | 0 | 2,737 | 16.00 | | 43,792 | 5 | | 0 | 39,413 | 40 | 35 | | 13,795 | 13,795 | 25,618 |
| 16 | S | 002 | General Restaurant | 0 | 3,200 | 20.00 | | 64,000 | 10 | | 0 | 57,600 | 15 | | | 8,640 | 8,640 | 48,960 |

### Apartment Detail - Building 1 of 3

| Line | Use Type | Per Bldg | Beds | Baths | Units | Rent | Income |
|---|---|---|---|---|---|---|---|

### Notes - Building 1 of 3

### Building Cost Detail - Building 1 of 3

| | |
|---|---|
| Total Gross Building Area | 2,737 |
| Replace, Cost New Less Depr | 99,510 |
| Percent Complete | 100 |
| Number of Identical Units | 1 |
| Economic Condition Factor | |
| Final Building Value | 99,510 |
| Value per SF | 36.36 |

### Income Summary (Includes all Building on Parcel)

| | |
|---|---|
| Total Net Income | 74,578 |
| Capitalization Rate | 0.107000 |
| Sub total | 696,991 |
| Residual Land Value | |
| Final Income Value | 696,991 |
| Total Gross Rent Area | 7,946 |
| Total Gross Building Area | 9,268 |

PIIC 000853

# tyler eGovernment

## COMMERCIAL PROPERTY RECORD CARD 2021

**BROCKTON**

| Situs : BELMONT ST | PARCEL ID: 026-116 | Class : 368 | Card: 2 of 3 | Printed: October 28, 2020 |
|---|---|---|---|---|

### CURRENT OWNER

BROCKTON AGRICULTURAL
1958 BROADWAY
RAYNHAM MA 02767
8319/1611 01/01/1800

### GENERAL INFORMATION

| | |
|---|---|
| Living Units | |
| Neighborhood | 449 |
| Alternate ID | 56 |
| Vol / Pg | 8319/1611 |
| District | |
| Zoning | C2 |
| Class | COMMERCIAL |

### Property Notes

COMM 2010 PERMIT

### Land Information

| Type | Size | Influence Factors | Influence % | Value |
|---|---|---|---|---|
| Primary | AC 20.0000 | | | 6,513,590 |
| Undeveloped | AC 7.4500 | | | 324,520 |
| Undeveloped | AC 18.0000 | | | 784,080 |

Total Acres: 45.45
Spot:

Location:

### Assessment Information

| | Appraised | Cost | Income | Prior |
|---|---|---|---|---|
| Land | 7,622,200 | 7,622,200 | 7,622,200 | 7,312,000 |
| Building | 1,032,500 | 1,032,500 | -6,925,000 | 895,800 |
| Total | 8,654,700 | 8,654,700 | 697,000 | 8,207,800 |

**Manual Override Reason**
Base Date of Value 1/1/2020
Effective Date of Value 1/1/2020

Value Flag COST APPROACH
150' MONOPOLE 111000

### Permit Information

| Date Issued | Number | Price | Purpose | | % Complete |
|---|---|---|---|---|---|
| 07/25/18 | 69657 | 825 | OTHER | Temporary Tent | |
| 07/05/18 | 69495 | 50 | OTHER | Temporary Tent | |
| 07/05/18 | 69488 | 100 | OTHER | Temporary Tent | |
| 05/29/18 | 69014 | 2,000 | OTHER | Mobile Staging | |
| 12/19/17 | R68135 | 0 | DEMOLITION | Modular Bldg Left Side | |

### Entrance Information

| Date | ID | Entry Code | Source |
|---|---|---|---|
| 12/19/18 | P&C | Field Review | Other |
| 06/08/17 | JPO | Entry & Sign | Owner |
| 12/21/16 | H&P | Field Review | Other |
| 11/03/14 | JOD | Unimproved | Tenant |

### Sales/Ownership History

| Transfer Date | Price | Type | Validity | Deed Reference | Deed Type | Grantee |
|---|---|---|---|---|---|---|
| | | | | 8319/1611 | | BROCKTON AGRICULTURAL |

Inspection Witnessed By _____

PIIC 000854

**tyler** *eh division*

# COMMERCIAL PROPERTY RECORD CARD   2021

**BROCKTON**

Situs : BELMONT ST

Parcel Id: 026-116

Class: 368

Card: 2 of 3

Printed: October 28, 2020

## Building Information

Year Built/Eff Year 1960  /
Building # 2
Structure Type  Food Stand
Identical Units 1
Total Units
Grade  D
# Covered Parking
# Uncovered Parking
DBA

## Building Other Features

| Line Type | +/- | Meas1 | Meas2 | # Stops | Ident Units | Line Type | +/- Meas1 | Meas2 | # Stops | Ident Units |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Canopy Only | | | | 1 | 2,176 | 1 | | | | |
| 1 Canopy Only | | 13,120 | | 1 | | 1 | | | | |
| 1 Wood Deck | | | | 1 | 7,014 | 1 | | | | |

## Interior/Exterior Information

| Line | Level From - To | Int Fin | Area | Perim | Use Type | Wall Height | Ext Walls | Construction | Partitions | Heating | Cooling | Plumbing | Physical | Functional |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01   01 | 100 | 3,200 | 240 | Restaurant | 10 | Frame | Wood Frame/Joist/B | Below Norma | Unit Heat | None | Below No | 2 | 2 |

## Interior/Exterior Valuation Detail

| Line | Area | Use Type | % Good | % Complete | Use Value/RCNLD |
|---|---|---|---|---|---|
| 1 | 3,200 | Restaurant | 30 | | 133,910 |

## Outbuilding Data

| Line | Type | Yr Blt | Meas1 | Meas2 | Qty | Area | Grade | Phy | Fun | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Br/St Shed | 1950 | 1 | 432 | 5 | 432 | C | F | | 26,090 |
| 2 | Frame Shed | 1950 | 1 | 384 | 3 | 384 | C | F | | 3,180 |
| 3 | Frame Shed | 1950 | 1 | 288 | 1 | 288 | C | F | | 800 |
| 4 | Restroom | 1950 | 1 | 3,328 | 1 | 3,328 | D | 2 | | 83,680 |
| 5 | Restroom | 1950 | 1 | 530 | 1 | 530 | D | 2 | | 13,330 |

PIIC 000855

tyler
*ch division*

**COMMERCIAL PROPERTY RECORD CARD**   2021

**BROCKTON**

Situs : BELMONT ST        Parcel Id: 026-116        Class : 368        Card: 2 of 3        Printed: October 28, 2020



| ID | Code | Description | Area |
|---|---|---|---|
| A | VEC | MISC-VECTOR | 13120 |
| B | VC1 | CANOPY | 2240 |
| C | VC1 | CANOPY | 2240 |
| D | VS1 | 1S | 2920 |
| E | VC1 | CANOPY | 2025 |
| F | WD1 | WOOD DECK | 7016 |
| G | VS1 | 1S | 354 |
| H | 031 | RESTAURANT | 3200* |
| I | CP5 | CANOPY ONLY | 2176* |
| J | CP5 | CANOPY ONLY | 3120* |
| K | RS3 | BRICK5Th UTILITY-SHED | 432* |
| L | RS1 | FRAME UTILITY SHED | 384* |
| M | RS1 | FRAME UTILITY SHED | 289* |
| N | TR1 | RESTROOM STR/FRM-CB | 328* |
| O | TR1 | RESTROOM STR/FRM-CB | 530* |

**Additional Property Photos**







PIIC 000856

# tyler
*ch division*
## COMMERCIAL PROPERTY RECORD CARD   2021

**BROCKTON**

| Situs : BELMONT ST | Parcel Id: 026-116 | Class: 368 | Card: 2 of 3 | Printed: October 28, 2020 |
|---|---|---|---|---|

### Income Detail (Includes all Buildings on Parcel)

| Use Grp | Mod Type | Inc Mod | Model Description | Units | Net Area | Income Rate | Econ Adjust | Potential Gross Income | Vac Model | Vac Adj | Additional Income | Effective Gross Income | Expense Model % | Expense Adj % | Expense Adj | Other Expenses | Total Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | S | | Shell Income Use Group | 0 | 1.322 | | | | | | 0 | | | | | | | |
| 01 | A | 003 | Apartments/Per Unit | 0 | 1.844 | | | | 5 | | 0 | | 40 | | | | | |
| 04 | S | 003 | Office Low Rise 1-3 Sto | 0 | 2.737 | 16.00 | | 43,792 | 10 | | 0 | 39,413 | 35 | | | 13,795 | 13,795 | 25,618 |
| 16 | S | 002 | General Restaurant | 0 | 3.200 | 20.00 | | 64,000 | 10 | | 0 | 57,600 | 15 | | | 8,640 | 8,640 | 48,960 |

### Apartment Detail - Building 2 of 3

| Line | Use Type | Per Bldg | Beds | Baths | Units | Rent | Income |
|---|---|---|---|---|---|---|---|

### Building Cost Detail - Building 2 of 3

| | |
|---|---|
| Total Gross Building Area | 3,200 |
| Replace, Cost New Less Depr | 133,910 |
| Percent Complete | 100 |
| Number of Identical Units | 1 |
| Economic Condition Factor | |
| Final Building Value | 133,910 |
| Value per SF | 41.85 |

### Notes - Building 2 of 3

### Income Summary (Includes all Building on Parcel)

| | |
|---|---|
| Total Net Income | 74,578 |
| Capitalization Rate | 0.107000 |
| Sub total | 696,991 |
| Residual Land Value | |
| Final Income Value | 696,991 |
| Total Gross Rent Area | 7,946 |
| Total Gross Building Area | 9,268 |

PIIC 000857

# tyler
*ad division*

**COMMERCIAL PROPERTY RECORD CARD** 2021

**BROCKTON**

| Situs : BELMONT ST | PARCEL ID: 026-116 | Class : 368 | Card : 3 of 3 | Printed: October 28, 2020 |
|---|---|---|---|---|

**CURRENT OWNER**

BROCKTON AGRICULTURAL
1958 BROADWAY
RAYNHAM MA 02767
8319/1611 01/01/1800

**GENERAL INFORMATION**

| | |
|---|---|
| Living Units | |
| Neighborhood | 449 |
| Alternate ID | 56 |
| Vol / Pg | 8319/1611 |
| District | |
| Zoning | C2 |
| Class | COMMERCIAL |

**Property Notes**

COMM 2010 PERMIT

**Land Information**

| Type | | Size | Influence Factors | Influence % | Value |
|---|---|---|---|---|---|
| Primary | AC | 20.0000 | | | 6,513,590 |
| Undeveloped | AC | 7.4500 | | | 324,520 |
| Undeveloped | AC | 18.0000 | | | 784,080 |

Location:

Total Acres: 45.45
Spot:

**Assessment Information**

| | Appraised | Cost | Income | Prior |
|---|---|---|---|---|
| Land | 7,622,200 | 7,622,200 | 7,622,200 | 7,312,000 |
| Building | 1,032,500 | 1,032,500 | -6,925,200 | 895,800 |
| Total | 8,654,700 | 8,654,700 | 697,000 | 8,207,800 |

**Manual Override Reason**
Base Date of Value 1/1/2020
Effective Date of Value 1/1/2020

Value Flag COST APPROACH
150' MONOPOLE 111000

**Permit Information**

| Date Issued | Number | Price | Purpose | % Complete |
|---|---|---|---|---|
| 07/25/18 | 69657 | 825 | OTHER | Temporary Tent |
| 07/05/18 | 69495 | 50 | OTHER | Temporary Tent |
| 07/05/18 | 69488 | 100 | OTHER | Temporary Tent |
| 05/29/18 | 69014 | 2,000 | OTHER | Mobile Staging |
| 12/19/17 | R68135 | 0 | DEMOLITION | Modular Bldg Left Side |

**Entrance Information**

| Date | ID | Entry Code | Source |
|---|---|---|---|
| 12/19/18 | P&C | Field Review | Other |
| 06/08/17 | JPO | Entry & Sign | Owner |
| 12/21/16 | H&P | Field Review | Other |
| 11/03/14 | JOD | Uninproved | Tenant |

**Sales/Ownership History**

| Transfer Date | Price | Type | Validity | Deed Reference | Deed Type | Grantee |
|---|---|---|---|---|---|---|
| | | | | 8319/1611 | | BROCKTON AGRICULTURAL |

*Inspection Witnessed By* _____

PIIC 000858

# tyler
*eli division*

**COMMERCIAL PROPERTY RECORD CARD**    2021

**BROCKTON**

| Situs : BELMONT ST | Parcel Id: 026-116 | Class: 368 | Card: 3 of 3 | Printed: October 28, 2020 |
|---|---|---|---|---|

## Building Information

| | |
|---|---|
| Year Built/Eff Year | 1940 / |
| Building # | 3 |
| Structure Type | Residential 1 Family |
| Identical Units | 1 |
| Total Units | |
| Grade | C |
| # Covered Parking | |
| # Uncovered Parking | |
| DBA | |

## Building Other Features

| Line | Type | +/- | Meas1 | Meas2 | # Stops | Ident Units | Line Type | +/- | Meas1 | Meas2 | # Stops | Ident Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Porch, Enclosed | | 1 | 204 | | 1 | | | | | | |

## Interior/Exterior Information

| Line | Level | From - To | Int Fin | Area | Perim | Use Type | Wall Height | Ext Walls | Construction | Partitions | Heating | Cooling | Plumbing | Physical | Functional |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B1 | B1 | 100 | 1,322 | 168 | Support Area | 9 | None | Wood Frame/Joist/B | None | None | None | None | 2 | 2 |
| 2 | 01 | 01 | 100 | 1,734 | 184 | Apartment | 10 | Frame | Wood Frame/Joist/B | Normal | Hw/Steam | None | Normal | 3 | 3 |
| 3 | A1 | A1 | 100 | 275 | 47 | Apartment | 10 | Frame | Wood Frame/Joist/B | Normal | Hw/Steam | None | Normal | 3 | 3 |

## Interior/Exterior Valuation Detail

| Line | Area | Use Type | % Good | % Complete | Use Value/RCNLD |
|---|---|---|---|---|---|
| 1 | 1,322 | Support Area | 30 | | 6,210 |
| 2 | 1,734 | Apartment | 45 | | 119,390 |
| 3 | 275 | Apartment | 45 | | 7,430 |

## Outbuilding Data

| Line | Type | Yr Blt | Meas1 | Meas2 | Qty | Area | Grade | Phy | Fun | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1s Lean To | 1950 | 24 | 50 | 3 | 1,200 | E | 1 | | 10,290 |
| 8 | 1s Lean To | 1950 | 40 | 80 | 1 | 3,200 | E | 3 | | 9,150 |

PIIC 000859

# tyler
*cit direction*

**COMMERCIAL PROPERTY RECORD CARD**   2021

**BROCKTON**

Situs : BELMONT ST

Parcel Id: 026-116

Class: 368

Card: 3 of 3

Printed: October 28, 2020



| ID | Code | Description | Area |
|----|------|-------------|------|
| A | VH1 | 1SS/B | 850 |
| B | PR2 | PORCH ENCLOSED | 204 |
| C | VB1 | 1SR | 472 |
| D | 065 | SUPPORT AREA | 1322* |
| E | 011 | APARTMENT | 1734* |
| F | 011 | APARTMENT | 276* |
| G | AL1 | 1S LEAN TO | 1200* |
| H | AL1 | 1S LEAN TO | 3320* |





**Additional Property Photos**

PIIC 000860

# tyler
*ch division*

## COMMERCIAL PROPERTY RECORD CARD   2021

**BROCKTON**

| Situs : BELMONT ST | Parcel Id: 026-116 | Class: 368 | Card: 3 of 3 | Printed: October 28, 2020 |
|---|---|---|---|---|

### Income Detail (Includes all Buildings on Parcel)

| Use Grp | Mod Type | Inc | Model ModDescription | Units | Net Area | Income Rate | Econ Adjust | Potential Gross Income | Vac Model | Vac Adj | Additional Income | Effective Gross Income | Expense Model % | Expense Adj % | Expense Adj | Other Expenses | Total Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | S | | Shell Income Use Group | 0 | 1,322 | | | | | | 0 | | | | | | | |
| 01 | A | 003 | Apartments/Per Unit | 0 | 1,844 | | | | | | 0 | | | | | | | |
| 04 | S | 003 | Office Low Rise 1-3 Sto | 0 | 2,737 | 16.00 | | 43,792 | 5 | | 0 | 39,413 | 40 | | | 13,795 | 13,795 | 25,618 |
| 16 | S | 002 | General Restaurant | 0 | 3,200 | 20.00 | | 64,000 | 10 | | 0 | 57,600 | 35 | | | 8,640 | 8,640 | 48,960 |

### Apartment Detail - Building 3 of 3

| Line | Use Type | Per Bldg | Beds | Baths | Units | Rent | Income |
|---|---|---|---|---|---|---|---|

### Notes - Building 3 of 3

### Building Cost Detail - Building 3 of 3

| | |
|---|---|
| Total Gross Building Area | 3,331 |
| Replace, Cost New Less Depr | 133,030 |
| Percent Complete | 100 |
| Number of Identical Units | 1 |
| Economic Condition Factor | |
| Final Building Value | 133,030 |
| Value per SF | 39.94 |

### Income Summary (Includes all Building on Parcel)

| | |
|---|---|
| Total Net Income | 74,578 |
| Capitalization Rate | 0.107000 |
| Sub total | 696,991 |
| Residual Land Value | |
| Final Income Value | 696,991 |
| Total Gross Rent Area | 7,946 |
| Total Gross Building Area | 9,268 |

PIIC 000861



# Asbestos Survey Report

State House

600 Belmont Street

Brockton, MA 02301



PIIC 000862

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



## Certification of Field Activities

### Asbestos Building Survey

| | |
|---|---|
| Site Location: | 600 Belmont Street, Brockton, MA 02301 |
| Prepared For: | C Carney Environmental |
| Conducted By: | Mr. Darren J. Johnson |
| Title: | Licensed Asbestos Inspector |
| License: | I hereby certify that sampling and analyses have been conducted pursuant to EPA NESHAP, OSHA 1926.1101 and MA DEP regulations and accurately represents the conditions in the areas tested on this date. |
| Asbestos Hazards Identified: | (Yes)   No |
| Signatures: | |
| Dates: | March 18, 2021 |

### Report Preparation

| | |
|---|---|
| Prepared By: | Mr. Darren J. Johnson |
| Title: | Licensed Asbestos Inspector |
| Dates: | March 22, 2021 |

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



# <u>*TABLE OF CONTENTS*</u>

**1. EXECUTIVE SUMMARY**

**2. SCOPE OF INSPECTION**

 A. *Building Specifications*

 B. *Preface*

 C. *Training*

 D. *Methods*
   i.   Asbestos Survey
   ii.  Sampling Procedures
   iii. Limitations of Survey
   iv.  Analysis Methodology

**3. FINDINGS**

**4. CONCLUSIONS AND RECOMMENDATIONS**

**5. APPENDICES**
   APPENDIX A: Inspector Qualifications
   APPENDIX B: Laboratory Certifications
   APPENDIX C: Laboratory Results
   APPENDIX D: Photos

31 Hayward Street, Suite 2A-205, Franklin, MA 02038

Info@BannerEnvironmental.com

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



## 1. EXECUTIVE SUMMARY

Banner Environmental Services, Inc. was contracted by C Carney Environmental to perform an asbestos survey on the residential building located at 600 Belmont Street, Brockton, MA 02301. The property was unoccupied at the time of the survey.

The Asbestos Survey at 600 Belmont Street, Brockton, MA 02301was conducted in accordance with relevant State and Federal Regulations and in compliance with 40 CFR Part 61, Subpart M, NESHAP Renovation and Demolition Standard. Homogenous materials were identified in locations throughout the property. Samples of suspect homogenous materials were collected from these locations in compliance with above standards.

In accordance with 29 CFR 1926.1101 and 1910.1001, any and all materials not specifically sampled and found to be "non-asbestos containing," "no asbestos detected," or otherwise been proven to not contain asbestos in any quantity must be treated as a Presumed Asbestos Containing Material (PACM) and disturbed only in accordance with Federal, State, and Local regulations identified in this summary report.

See attached laboratory reports and chain of custody forms for a complete listing of sampled suspect asbestos containing materials and analytical results. Asbestos summary tables can be found in Section 3. Inspector and laboratory accreditations are provided in Appendices A & B.

Field investigative activities revealed the presence of the following asbestos containing materials: **Window glaze, caulk, roof material, wall material and pipe insulation.**

The information in this report summarizes the sampling and analytical methodologies, site location, materials found to contain asbestos, sample results, along with laboratory and personnel qualifications.

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



## 2. SCOPE OF INSPECTION

### A. Building Specifications

Two building was constructed in 1932. It has a wood frame and steal construction with an asphalt roof system. Interior walls consist of gypsum board and CMU. The building was badly damaged and ordered torn down by Brockton Fire Department. The property was unoccupied at the time of the survey.

### B. Preface

Banner Environmental Services, Inc. was contracted by C Carney Environmental to perform an asbestos survey at 600 Belmont Street, Brockton, MA 02301. The asbestos survey was conducted on March 18, 2021.

### C. Training

All inspectors utilized by Banner Environmental Services, Inc. have appropriate certifications and licenses. See Appendix A for certifications and licenses.

### D. Methods

#### i.   Asbestos Survey

The Asbestos Survey conducted at 600 Belmont Street, Brockton, MA 02301was inspected in accordance with relevant State and Federal Regulations, and in compliance with 40 CFR Part 61, Subpart M, NESHAP Renovation and Demolition Standard.

#### ii.   Sampling Procedures

Representative Bulk samples of suspect asbestos containing building materials were randomly collected at the project sites as defined by the scope of work. For the purpose of this survey, Homogenous Area (HA) determination was based on the following criteria:

- Similar physical characteristics (same color and texture, etc.)
- Application (sprayed-on, troweled-on, assembly into a system, etc.)
- Material function (Thermal insulation, floor tile, wallboard system, etc.)

Non-suspect materials that could be visually determined to be non-asbestos (i.e., fibrous glass, foam rubber, etc.) by the accredited inspector were not sampled.

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



### iii.    Limitations of Survey

It is recommended that should any suspect material not specifically identified in analytical reports or chains of custody become evident or discovered during demolition activities, that the demolition activities be stopped until samples of the suspect materials are collected by a licensed asbestos inspector and analyzed for asbestos content.

The conditions and estimated quantities as herein stated of all areas and materials are based upon field observations made at the time of the inspection and were estimated in the field without "as-built" or to-scale diagrams or drawings for verification.

Banner Environmental Services, Inc. did not take soil samples and makes no representation as to whether buried suspect asbestos containing materials exist on the site.

### iv.    Analysis Methodology

Laboratory analytical services were provided by: EMSL Analytical, Inc. located at 5 Constitution Way, Unit A, Woburn, MA 01801, Department of Labor and Standards #AA000188.

Polarized Light Microscopy (PLM) samples were analyzed utilizing the Environmental Protection Agency (EPA) test methods EPA /600/M4-82/020 for the analysis of asbestos in building materials and procedures described in EPA/600/R-93/116 where applicable.

Analysis was performed using the bulk sample for visual observation and slide preparations(s) for microscopic examination and identification. The samples were analyzed for asbestos (chrysotile, amosite, crocidolite, anthophyllite, and actinolite, tremolite), fibrous non-asbestos constituents (mineral, wool, cellulose, etc.) and non-fibrous constituents. Using a stereoscope, the analyst visually estimates relative amounts of each constituent by determining the volume of each constituent in proportion to the total volume of the sample. If a material contains greater than 1% asbestos, it is considered to be an asbestos-containing material.

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



## 3.   FINDINGS

The asbestos building material survey was conducted at 600 Belmont Street, Brockton, MA 02301. The matrices included in this section provide a summary of homogenous materials locations, with identifying information and laboratory findings. These matrices include only sampled homogenous materials which were found to contain asbestos in any quantity, including those materials with <1% asbestos, or "trace" amounts.  Refer to lab reports included in <u>Appendix C</u> for sampled materials found to be non-asbestos containing.

| Sample ID | Location | Description | Color | Asbestos | Quantity | Homogenous Areas |
|---|---|---|---|---|---|---|
| 04 | Debris | Window Glaze | White | 5% Chrysotile | TBD | Throughout |
| 07 | Debris | Caulk | Black | 5% Chrysotile | | |
| 10 | Debris | Roof Material | Black | 10% Chrysotile | | |
| 12 | Debris | Roof Material | Black | 3% Chrysotile | | |
| 13 | Debris | Wall Material | Tan/White | <1% Chrysotile | | |
| 16 | Debris | Window Caulk | Tan/White | 5% Chrysotile | | |
| 21 | Debris | Siding Caulk | Tan | 5% Chrysotile | | |
| 22 | Debris | Window Glaze | White | 5% Chrysotile | | |
| 25 | Basement | Insulation | White | 35% Chrysotile | 15 Linear Feet | None Identified |

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



## 4.   CONCLUSIONS AND RECOMMENDATIONS

The above listed types of homogenous areas were determined to be positive for asbestos containing material greater than 1% or in trace amounts. The asbestos survey was conducted in accordance with relevant State and Federal Regulations and in compliance with 40 CFR Part 61, Subpart M, NESHAP Renovation and Demolition Standard. Any changes in the scope of work may require further inspection and sampling.

In accordance with 29 CFR 1926.1101 and 1910.1001, all material that is not identified as non-suspect material or non-asbestos containing by laboratory analysis should be treated as Presumed Asbestos Containing Material (PACM) and will consider that material to be asbestos until proven otherwise.

See attached laboratory reports and chain of custody forms for a complete listing of sampled suspect asbestos containing materials and analytical results. Laboratory accreditations are provided in Appendix B.

Assuming renovations require disturbing materials throughout the building areas, we recommend removing all identified ACM materials in spaces where renovation will occur. If full demolition is determined as a course of action, we recommend removing all ACM materials within the work areas prior to demolition. Additional quantification and identification of materials may be needed in areas that were inaccessible prior to demolition or renovation.

Licensed and trained asbestos personnel should remove any ACM that is to be disturbed by the planned renovations from the buildings. Written notification is required by state and local regulations prior to beginning any work on ACM. Send written notification, as required by USEPA NESHAP Asbestos Regulations 40 CFR 61 Sub Part M, to the designated regional NESHAP notification office and any other state and local regulating body at least 10 working days prior to beginning any work on ACM.

Any areas where ACM or PACM may be present, and will be affected by renovation, rehabilitation or construction activity, shall be subject to all applicable regulations and guidelines.  These guidelines are outlined below:

**Any abatement, monitoring and clearance activity must be conducted in accordance with the following regulations:**

**EPA 40 CFR Part 61, "NESHAP", OSHA 29 CFR 1910. and 1926., MA Department of Labor Standards (DLS) Regulation 453 CMR 6.00, MA Department of Environmental Protection (DEP) Asbestos Regulation 310 CMR 7.00, 7.09, and 7.15 as amended, NIOSH Recommendations, and any other applicable Federal, State and Local government regulations and guidelines concerning asbestos or related construction activities.**

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



## 5.   APPENDICES

*Appendix A: Inspector Qualifications*

*Appendix B: Laboratory Certifications*

*Appendix C: Laboratory Results*

*Appendix D: Photos*

PIIC 000870                 Info@BannerEnvironmental.com

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



*APPENDIX A: Inspector Qualifications*



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF LABOR AND WORKFORCE DEVELOPMENT
DEPARTMENT OF LABOR STANDARDS

Asbestos Inspector

**DARREN J. JOHNSON**
Eff. Date  01/14/21
Exp. Date 01/14/22
AI900710
Member of C.O.N.E.S.
BOSR      BOS 7/9/21

Michael Flanagan
Director

**22**

**DARREN JOHNSON**

successfully completed the course and examination for

**Asbestos Inspector Refresher**

In Compliance with Requirements of Rhode Island DOH 216-RICR-50-15-1 and
TSCA Title II MAP which meets the requirements of USEPA AHERA 40 CFR 763

conducted by

**ECM**
**Environmental**
Consulting & Management

ECMT200485
Certificate Number

07/09/2021
Expiration Date

**PASS**
GRADE

07/09/2020
End of course

Daniel J. Simas, Training Provider / General Manager
ECM Training, 161 Amaral Street, Riverside RI 02915
T: 401-438-1360  www.ecmne.com

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



*APPENDIX B: Laboratory Certifications*



### THE COMMONWEALTH OF MASSACHUSETTS

EXECUTIVE OFFICE OF LABOR AND WORKFORCE DEVELOPMENT

# DEPARTMENT OF LABOR STANDARDS

19 STANIFORD STREET, BOSTON, MASSACHUSETTS 02114

## CERTIFICATION FOR ASBESTOS ANALYTICAL SERVICES

**EMSL ANALYTICAL, INC**
**5 CONSTITUTION WAY**
**UNIT A**
**WOBURN MA 01801**

LICENSE: **AA000188**          EXPIRES: **Thursday, May 27, 2021**

IN ACCORDANCE WITH MGL CH. 149 § 6B AND 453 CMR 6.08 THIS CERTIFICATE IS ISSUED BY THE DEPARTMENT OF LABOR STANDARDS TO THE ABOVE NAMED ENTITIY TO PROVIDE THE ASBESTOS ANALYTICAL SERVICES SPECIFICALLY LISTED BELOW.

| |
| --- |
| CLASS A CERTIFICATE |
| CLASS C CERTIFICATE |
| CLASS D CERTIFICATE |

**MICHAEL FLANAGAN, INTERIM DIRECTOR**

*Mailing Address:*

| |
| --- |
| EMSL ANALYTICAL, INC |
| 5 CONSTITUTION WAY |
| UNIT A |
| WOBURN, MA 01801 |

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



**APPENDIX C: Laboratory Results**



# EMSL Analytical, Inc.

5 Constitution Way, Unit A Woburn, MA  01801

Tel/Fax: (781) 933-8411 / (781) 933-8412

http://www.EMSL.com / bostonlab@emsl.com

| EMSL Order: | 132101996 |
|---|---|
| Customer ID: | BNNR78 |
| Customer PO: | |
| Project ID: | |

| Attention: | Darren J. Johnson | Phone: | (866) 934-2374 |
|---|---|---|---|
| | Banner Environmental Services, Inc. | Fax: | (866) 816-2374 |
| | 31 Hayward Street | Received Date: | 03/19/2021  9:45 AM |
| | Suite 2A-205 | Analysis Date: | 03/19/2021 |
| | Franklin, MA  02038 | Collected Date: | 03/18/2021 |
| Project: | State House; 600 Belmont Street; Brockton, MA | | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 01<br>132101996-0001 | Debris - Laminate Adhesive | White/Blue<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 02<br>132101996-0002 | Debris - Paper - Black | Black<br>Fibrous<br>Homogeneous | 50% Cellulose<br>8% Glass | 42% Non-fibrous (Other) | None Detected |
| 03<br>132101996-0003 | Debris - Paper - Black | Black<br>Fibrous<br>Homogeneous | 60% Cellulose | 40% Non-fibrous (Other) | None Detected |
| 04<br>132101996-0004 | Debris - Window Glaze | White<br>Non-Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 05<br>132101996-0005 | Debris - Pipefitting Coating | Gray/Black<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 06<br>132101996-0006 | Debris - Roof Material | Black<br>Fibrous<br>Homogeneous | 60% Cellulose | 40% Non-fibrous (Other) | None Detected |
| 07<br>132101996-0007 | Debris - Caulk - Black | Black<br>Fibrous<br>Homogeneous | 20% Cellulose | 75% Non-fibrous (Other) | 5% Chrysotile |
| 08<br>132101996-0008 | Debris - Roof Material | Black<br>Fibrous<br>Homogeneous | 10% Cellulose<br>10% Glass | 80% Non-fibrous (Other) | None Detected |
| 09<br>132101996-0009 | Debris - Roof Material | Black<br>Fibrous<br>Homogeneous | 10% Glass | 90% Non-fibrous (Other) | None Detected |
| 10<br>132101996-0010 | Debris - Roof Material | Black<br>Fibrous<br>Homogeneous | | 90% Non-fibrous (Other) | 10% Chrysotile |
| 11<br>132101996-0011 | Debris - Pipe Gasket | Tan<br>Fibrous<br>Homogeneous | 90% Glass | 10% Non-fibrous (Other) | None Detected |
| 12<br>132101996-0012 | Debris - Roof Material | Black<br>Fibrous<br>Homogeneous | 20% Cellulose | 77% Non-fibrous (Other) | 3% Chrysotile |
| 13<br>132101996-0013 | Debris - Wall Material | Tan/White<br>Fibrous<br>Homogeneous | 10% Cellulose | 90% Non-fibrous (Other) | <1% Chrysotile |
| 14<br>132101996-0014 | Debris - Wall Material | Gray<br>Fibrous<br>Homogeneous | 95% Cellulose | 5% Non-fibrous (Other) | None Detected |
| 15<br>132101996-0015 | Debris - Window Glaze | Tan/White<br>Non-Fibrous<br>Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 16<br>132101996-0016 | Debris - Window Caulking | Tan/White<br>Fibrous<br>Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |

Initial report from: 03/19/2021 12:56:24

PIIC 000876



**EMSL Analytical, Inc.**

5 Constitution Way, Unit A Woburn, MA 01801

Tel/Fax: (781) 933-8411 / (781) 933-8412

http://www.EMSL.com / bostonlab@emsl.com

| | |
|---|---|
| **EMSL Order:** | 132101996 |
| **Customer ID:** | BNNR78 |
| **Customer PO:** | |
| **Project ID:** | |

## Test Report: Asbestos Analysis of Bulk Materials via EPA 600/R-93/116 Method using Polarized Light Microscopy

| Sample | Description | Appearance | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | Asbestos % Type |
|---|---|---|---|---|---|
| 17<br>132101996-0017 | Debris - Decorative Molding Coating | Various Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 18<br>132101996-0018 | Debris - Roof Material | Black Fibrous Homogeneous | 30% Cellulose | 70% Non-fibrous (Other) | None Detected |
| 19<br>132101996-0019 | Debris - Ceramic Floor Tile Adhesive | Tan Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 20<br>132101996-0020 | Debris - Roof Material | Black Fibrous Homogeneous | 50% Cellulose | 50% Non-fibrous (Other) | None Detected |
| 21<br>132101996-0021 | Debris - Siding Caulk | Tan Fibrous Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 22<br>132101996-0022 | Debris - Window Glaze | White Non-Fibrous Homogeneous | | 95% Non-fibrous (Other) | 5% Chrysotile |
| 23<br>132101996-0023 | Basement - Wall - Joint Compound | White Non-Fibrous Homogeneous | | 100% Non-fibrous (Other) | None Detected |
| 24<br>132101996-0024 | Basement - Wall - Gypsum Board | White Fibrous Homogeneous | 15% Cellulose | 85% Non-fibrous (Other) | None Detected |
| 25<br>132101996-0025 | Basement - Pipe - Insulation | Tan/Black Fibrous Homogeneous | 60% Cellulose | 5% Non-fibrous (Other) | 35% Chrysotile |
| 26<br>132101996-0026 | Basement - Ceiling - Perimeter Caulk | Gray/Tan Fibrous Homogeneous | 3% Cellulose | 97% Non-fibrous (Other) | None Detected |

Analyst(s)

*Elizabeth Stutts (26)*

Steve Grise, Laboratory Manager
or Other Approved Signatory

EMSL maintains liability limited to cost of analysis . Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations . The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted. The above analyses were performed in general compliance with Appendix E to Subpart E of 40 CFR (previously EPA 600/M4-82-020 "Interim Method") but augmented with procedures outlined in the 1993 ("final") version of the method. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Non-friable organically bound materials present a problem matrix and therefore EMSL recommends gravimetric reduction prior to analysis . Unless requested by the client, building materials manufactured with multiple layers (i.e. linoleum, wallboard, etc.) are reported as a single sample. Estimation of uncertainty is available on request.

Samples analyzed by EMSL Analytical, Inc. Woburn, MA NVLAP Lab Code 101147-0, CT PH-0315, MA  AA000188, RI AAL-139, VT AL998919, ME LB-0039

Initial report from: 03/19/2021 12:56:24

PIIC 000877

OrderID: 132101996



# Asbestos Bulk Building Material
## Chain of Custody
### EMSL Order Number (Lab Use Only):

EMSL ANALYTICAL, INC.
Unit # 4 50A
Northwestern Drive
Salem, NH 03079
PHONE: (800) 220-3675
FAX: (856) 786-5974

**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

**132101996**

EMSL-Bill to: ☐ Same  ☒ Different
If Bill to is Different note instructions in Comments**

**Company :** Banner Environmental Services, Inc,

*Third Party Billing requires written authorization from third party*

**Street:** 254 Bodwell Street

**City:** Avon   **State/Province:** MA   **Zip/Postal Code:** 02322   **Country:** USA

**Report To (Name):** Darren J. Johnson   **Telephone #:** 866-934-2374

**Email Address:** djohnson@bannerenvironmental.com   **Fax #:**   **Purchase Order:**

**Project Name/Number:** State House- 600 Belmont St.   Please Provide Results: ☐ Fax  ☒ Email

**U.S. State Samples Taken:** Brockton, MA   CT Samples: ☐ Commercial/Taxable  ☐ Residential/Tax Exempt

### Turnaround Time (TAT) Options* – Please Check

☐ 3 Hour  ☒ 6 Hour  ☐ 24 Hour  ☐ 48 Hour  ☐ 72 Hour  ☐ 96 Hour  ☐ 1 Week  ☐ 2 Week

*For TEM Air 3 hr through 6 hr, please call ahead to schedule.*There is a premium charge for 3 Hour TEM AHERA or EPA Level II TAT. You will be asked to sign an authorization form for this service. Analysis completed in accordance with EMSL's Terms and Conditions located in the Analytical Price Guide.*

| PLM – Bulk (reporting limit) | TEM – Bulk |
|---|---|
| ☒ PLM EPA 600/R-93/116 (<1%) | ☐ TEM EPA NOB – EPA 600/R-93/116 Section 2.5.5.1 |
| ☐ PLM EPA NOB (<1%) | ☐ NY ELAP Method 198.4 (TEM) |
| ☐ Point Count ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ Chatfield Protocol (semi-quantitative) |
| ☐ Point Count w/Gravimetric ☐ 400 (<0.25%) ☐ 1000 (<0.1%) | ☐ TEM % by Mass – EPA 600/R-93/116 Section 2.5.5.2 |
| ☐ NIOSH 9002 (<1%) | ☐ TEM Qualitative via Filtration Prep Technique |
| ☐ NY ELAP Method 198.1 (friable in NY) | ☐ TEM Qualitative via Drop Mount Prep Technique |
| ☐ NY ELAP Method 198.6 NOB (non-friable-NY) | Other |
| ☐ OSHA ID-191 Modified | ☐ |
| ☐ Standard Addition Method | |

☒ Check For Positive Stop – Clearly Identify Homogenous Group   **Date Sampled:** 3/18/2021

**Samplers Name:** Darren J. Johnson   **Samplers Signature:**

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 01 | | Debris | Laminate adhesive |
| 02 | | Debris | Paper- Black |
| 03 | | | |
| 04 | | | Window Glaze |
| 05 | | | Pipe fitting Coating |
| 06 | | | Roof material |
| 07 | | | Caulk- Black |
| 08 | | | Roof material |
| 09 | | | Roof material |
| 10 | | | Laminate adhesive |

**Client Sample # (s):** 01 - 26   **Total # of Samples:** 26

**Relinquished (Client):**   Date: 3/18/2021   Time:

**Received (Lab):**   Date:   Time:

**Comments/Special Instructions:**

REC'D MAR 19 2021 EMSL-BOSTON

Controlled Document – Asbestos COC – R6 – 11/29/2012

Page 1 of 2 pages

PIIC 000878

Page 1 Of 2

OrderID: 132101996

**Asbestos Bulk Building Material**
**Chain of Custody**
**EMSL Order Number** (Lab Use Only):

EMSL ANALYTICAL, INC.
5 CONSTITUTION WAY, UNIT A
WOBURN, MA 01801

PHONE: (781) 933-8411
FAX: (781) 933-8412

EMSL ANALYTICAL, INC.
LABORATORY • PRODUCTS • TRAINING

**1 3 2 1 0 1 9 9 6**

*Additional Pages of the Chain of Custody are only necessary if needed for additional sample information*

| Sample # | HA # | Sample Location | Material Description |
|---|---|---|---|
| 11 | | Debris | Pipe Gasket |
| 12 | | | Roof material |
| 13 | | | Wall material |
| 14 | | | d |
| 15 | | | Window Glaze |
| 16 | | | Window Caulk |
| 17 | | | Decorative molding Coating |
| 18 | | | Roof material |
| 19 | | Ceramic | Floor tile adhesive |
| 20 | | | Roof material |
| 21 | | | Siding Caulk |
| 22 | | | Window Glaze |
| 23 | | Basement - wall | Joint Compound |
| 24 | | d | Gypsum board |
| 25 | | Pipe | Insulation |
| 26 | | d Ceiling | Perimeter Caulk |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*Comments/Special Instructions:**

Page ___2___ of ___2___ pages

Controlled Document – Asbestos COC – R2 – 4/9/2013

REC'D
EMSL-BOSTON    MAR 1 9 2021

*Asbestos Survey Report*
600 Belmont Street
Brockton, MA 02301



**APPENDIX D: Photos**



| | |
|---|---|
| Roofing Debris | Window Deris |
| Roofing Debris | Roofing Debris |
| Window Caulk | Debris Pile |
| Basement Pipe Insulation | |



**Order ID - P250109427**

**Address - 433 Forest Avenue Brockton Plymouth County Massachusetts United States 02301**



| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|------|-------|-------|-------------------|
| F1 | 3,106.23 | 31.06 | 10.00 |
| F2 | 3,106.23 | 31.06 | 10.00 |
| F3 | 654.17 | 6.54 | 0.00 |
| F4 | 4,416.91 | 44.17 | 0.00 |
| F18 | 30.32 | 0.30 | 8.00 |
| F19 | 29.17 | 0.29 | 8.00 |
| F20 | 30.52 | 0.31 | 8.00 |
| F21 | 28.97 | 0.29 | 8.00 |
| F22 | 32.73 | 0.33 | 8.00 |
| F23 | 32.76 | 0.33 | 8.00 |
| F24 | 32.86 | 0.33 | 8.00 |
| F25 | 32.90 | 0.33 | 8.00 |
| F26 | 115.79 | 1.16 | 0.00 |
| **Estimated Total:** | **11649.56** | **116.50** | |



| Square Feet | Squares | Perimeter | Ridge | Hip |
|---|---|---|---|---|
| 11649.56 | 116.5 | 742.64 | 87.08 | 22.68 |
| **Waste Factors** | 10% Waste | 128.15 | 18% Waste | 137.46 |
|  | 15% Waste | 133.97 | 20% Waste | 139.79 |

PIIC 000884

## Total Area summary

| | |
|---|---|
| Roof Facets | 13 |
| Area(sq.ft.) | 11649.56 |
| Squares | 116.50 |

## Edge Length Summary

| Edge Type | Length(Ft.) |
|---|---|
| Eave | 616.38 |
| Rake | 126.27 |
| Hip | 22.68 |
| Valley | 50.00 |
| Ridge | 87.08 |
| Step Flashing | 46.86 |
| Apron Flashing | 209.84 |

## Roof Area Summary

| Pitch | Area(Sq.Ft.) |
|---|---|
| 0/12 | 5186.87 |
| 8/12 | 250.23 |
| 10/12 | 6212.46 |
| Total | 11649.56 |



PIIC 000886



| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|------|-------|-------|-------------------|
| F9 | 387.91 | 3.88 | 4.00 |
| F10 | 387.91 | 3.88 | 4.00 |
| **Estimated Total:** | **775.81** | **7.76** | |



| Square Feet | Squares | Perimeter | Ridge | Hip |
|---|---|---|---|---|
| 775.81 | 7.76 | 112.49 | 32.00 | 0.00 |
| Waste Factors | 10% Waste | 8.53 | 18% Waste | 9.15 |
| | 15% Waste | 8.92 | 20% Waste | 9.31 |

## Total Area summary

| | |
|---|---|
| Roof Facets | 02 |
| Area(sq.ft.) | 775.81 |
| Squares | 7.76 |

## Edge Length Summary

| Edge Type | Length(Ft.) |
|---|---|
| Eave | 64.00 |
| Rake | 48.49 |
| Hip | 0.00 |
| Valley | 0.00 |
| Ridge | 32.00 |
| Step Flashing | 0.00 |
| Apron Flashing | 0.00 |

## Roof Area Summary

| Pitch | Area(Sq.Ft.) |
|---|---|
| 4/12 | 775.81 |
| Total | 775.81 |



PIIC 000890









PIIC 000891






PIIC 000892






PIIC 000893






PIIC 000894









PIIC 000895






PIIC 000896






PIIC 000897






PIIC 000898





















PIIC 000902






PIIC 000903






PIIC 000904






PIIC 000905






PIIC 000906









PIIC 000907











PIIC 000909



PIIC 000910









PIIC 000911





PIIC 000912



83-0952_028_BROCK_Statehouse.tif



83-0952_027_BROCK_Statehouse.tif



83-0952_026_BROCK_Statehouse.tif



83-0952_025_BROCK_Statehouse.tif

PIIC 000913



83-0952_024_BROCK_Statehouse.tif



83-0952_023_BROCK_Statehouse.tif





83-0952_021_BROCK_Statehouse.tif

83-0952_022_BROCK_Statehouse.tif

03/26/2021

2



83-0952_020_BROCK_Statehouse.tif



83-0952_019_BROCK_Statehouse.tif



83-0952_018_BROCK_Statehouse.tif



83-0952_017_BROCK_Statehouse.tif

PIIC 000915



83-0952_016_BROCK_Statehouse.tif



83-0952_015_BROCK_Statehouse.tif



83-0952_014_BROCK_Statehouse.tif



83-0952_013_BROCK_Statehouse.tif

03/26/2021

4

PIIC 000916



83-0952_012_BROCK_Statehouse.tif



83-0952_011_BROCK_Statehouse.tif



83-0952_010_BROCK_Statehouse.tif



83-0952_009_BROCK_Statehouse.tif

PIIC 000917



83-0952_008_BROCK_Statehouse.tif



83-0952_007_BROCK_Statehouse.tif



83-0952_006_BROCK_Statehouse.tif



83-0952_005_BROCK_Statehouse.tif

PIIC 000918



83-0952_004_BROCK_Statehouse.tif



83-0952_003_BROCK_Statehouse.tif



83-0952_002_BROCK_Statehouse.tif



83-0952_001_BROCK_Statehouse.tif

PIIC 000919



95-0646_005_BROCK_Statehouse.tif



95-0646_004_BROCK_Statehouse.tif



95-0646_003_BROCK_Statehouse.tif



95-0646_002_BROCK_Statehouse.tif

PIIC 000920



95-0646_001_BROCK_Statehouse.tif

PIIC 000921

| Insured : | BAS Holding Corp. | Claim # : | PHEK21031426748 | File #: | 21-00764 |
| Loss Loc.: | 433 Forest Avenue, Brockton, MA 02301 | Policy #: | PHPK2149023 | Adjuster: | Andrew McCormack |



**Date Taken:** 3/22/2021
**Photo #:** 1 of 13
**Comments:** Insured's Photo - prior to demo



**Date Taken:** 3/22/2021
**Photo #:** 2 of 13
**Comments:** Insured's Photo - demo process

| | | | | | | |
|---|---|---|---|---|---|---|
| **Insured :** | BAS Holding Corp. | **Claim # :** | PHEK21031426748 | **File #:** | 21-00764 |
| **Loss Loc.:** | 433 Forest Avenue, Brockton, MA 02301 | **Policy #:** | PHPK2149023 | **Adjuster:** | Andrew McCormack |



**Date Taken:** 3/22/2021
**Photo #:** 3 of 13
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo #:** 4 of 13
**Comments:** Demo completed

PIIC 000923

| Insured : | BAS Holding Corp. | Claim # : | PHEK21031426748 | File #: | 21-00764 |
|---|---|---|---|---|---|
| Loss Loc.: | 433 Forest Avenue, Brockton, MA 02301 | Policy #: | PHPK2149023 | Adjuster: | Andrew McCormack |



**Date Taken:** 3/22/2021
**Photo #:** 5 of 13
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo #:** 6 of 13
**Comments:** Demo completed

| Insured : | BAS Holding Corp. | Claim # : | PHEK21031426748 | File #: | 21-00764 |
| Loss Loc.: | 433 Forest Avenue, Brockton, MA 02301 | Policy #: | PHPK2149023 | Adjuster: | Andrew McCormack |



**Date Taken:** 3/22/2021
**Photo #:** 7 of 13
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo #:** 8 of 13
**Comments:** Demo completed

| Insured : | BAS Holding Corp. | Claim # : | PHEK21031426748 | File #: | 21-00764 |
|---|---|---|---|---|---|
| Loss Loc.: | 433 Forest Avenue, Brockton, MA 02301 | Policy #: | PHPK2149023 | Adjuster: | Andrew McCormack |



**Date Taken:** 3/22/2021
**Photo #:** 9 of 13
**Comments:** Demo completed

**Date Taken:** 3/22/2021
**Photo #:** 10 of 13
**Comments:** Demo completed

| Insured : | BAS Holding Corp. | Claim # : | PHEK21031426748 | File #: | 21-00764 |
| Loss Loc.: | 433 Forest Avenue, Brockton, MA 02301 | Policy #: | PHPK2149023 | Adjuster: | Andrew McCormack |



**Date Taken:** 3/22/2021
**Photo #:** 11 of 13
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo #:** 12 of 13
**Comments:** Demo completed

| **Insured :** | BAS Holding Corp. | **Claim # :** | PHEK21031426748 | **File #:** | 21-00764 |
| **Loss Loc.:** | 433 Forest Avenue, Brockton, MA 02301 | **Policy #:** | PHPK2149023 | **Adjuster:** | Andrew McCormack |



**Date Taken:** 3/22/2021
**Photo #:** 13 of 13
**Comments:** Demo completed

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/22/2021
**Photo#:** 1
**Comments:** Insured's Photo - prior to demo



**Date Taken:** 3/22/2021
**Photo#:** 2
**Comments:** Insured's Photo - demo process

**Insured:** BAS Holding Corp.

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Claim No:** PHEK21031426748

**Policy No:** PHPK2149023

**File No:** 21-00764

**Adjuster:** Andrew McCormack



**Date Taken:** 3/22/2021
**Photo#:** 3
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo#:** 4
**Comments:** Demo completed

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/22/2021
**Photo#:** 5
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo#:** 6
**Comments:** Demo completed

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/22/2021
**Photo#:** 7
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo#:** 8
**Comments:** Demo completed

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/22/2021
**Photo#:** 9
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo#:** 10
**Comments:** Demo completed

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/22/2021
**Photo#:** 11
**Comments:** Demo completed



**Date Taken:** 3/22/2021
**Photo#:** 12
**Comments:** Demo completed

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/22/2021
**Photo#:** 13
**Comments:** Demo completed



**Date Taken:** 3/26/2021
**Photo#:** 14
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 15
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 16
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 17
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 18
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 19
**Comments:**





**Date Taken:** 3/26/2021
**Photo#:** 20
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 21
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 22
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 23
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 24
**Comments:**

PIIC 000940

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 25
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 26
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 27
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 28
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 29
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 30
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 31
**Comments:**





**Date Taken:** 3/26/2021
**Photo#:** 32
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 33
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 34
**Comments:**

**Insured:** BAS Holding Corp.

**Claim No:** PHEK21031426748

**File No:** 21-00764

**Loss Location:** 433 Forest Avenue, Brockton, MA 02301

**Policy No:** PHPK2149023

**Adjuster:** Andrew McCormack



**Date Taken:** 3/26/2021
**Photo#:** 35
**Comments:**



**Date Taken:** 3/26/2021
**Photo#:** 36
**Comments:**

PIIC 000946