UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | Docket No.: 1:21-cv-11572-WGY |
| Plaintiff & Defendant-in-Counterclaim, | |
| -vs.- | |
| BAS HOLDING CORP., | |
| Defendant & Plaintiff-in-Counterclaim. | |

**DECLARATION OF ATTORNEY ALEXANDER G. HENLIN
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BAS HOLDING CORP.'S
MOTION FOR SUMMARY JUDGMENT**

Alexander G. Henlin, Esq., an attorney-at-law duly admitted to the bar of this Court, upon his oath does depose and say:

1. I am over eighteen (18) years of age and make all of the following statements on my own personal knowledge. I am a member in the firm of Sulloway & Hollis, P.L.L.C., and I am counsel of record to Philadelphia Indemnity Insurance Company ("PIIC") in this action.

2. Attached as **Exhibit V** is a true and correct copy of e-mail chains dated February 3, 2022 regarding the agreement of the parties on the actual cash value and replacement-cost value of the "State Building" in lieu of reference.

**I AFFIRM THE TRUTH OF THE FOREGOING STATEMENTS UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THIS 18th DAY OF FEBRUARY 2022.**

                                                              _/s/ Alexander G. Henlin_
                                                   Alexander G. Henlin (BBO # 660474)
                                                   Sulloway & Hollis, P.L.L.C.
                                                   9 Capitol Street
                                                   Concord, New Hampshire 03301
                                                   (603) 223-2800 telephone
                                                   (603) 224-2604 facsimile
                                                   ahenlin@sulloway.com

**Certificate of Service**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on this 18th day of February 2022.

                                              */s/ David W. Zizik*_____
                                              David W. Zizik (BBO # 540780)