# Exhibit V

# 2/3/2022 Email correspondence re: ACV/RCV negotiations

| | |
|---|---|
| **From:** | Chris Reilly |
| **To:** | David W. Zizik |
| **Cc:** | Alexander G. Henlin; Stephanie A. Scarpelli; Darlene P. Burke; Anthony Antonellis; Kimberly Birmingham |
| **Subject:** | RE: 02-03-2022_RCV/ACV_BAS v. Philadelphia |
| **Date:** | Thursday, February 3, 2022 2:15:57 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi David,

Sounds good, agreed.

I will let the reference panel know that we have resolved the issues that were to have been determined in reference and copy you on that email.

The policyholder likewise continues to reserve all its rights under the policy and at law.

Thanks.

- Chris

**From:** David W. Zizik
**Sent:** Thursday, February 3, 2022 1:12 PM
**To:** Chris Reilly
**Cc:** Alexander G. Henlin ; Stephanie A. Scarpelli ; Darlene P. Burke ; Anthony Antonellis ; Kimberly Birmingham
**Subject:** 02-03-2022_RCV/ACV_BAS v. Philadelphia

Chris – Philadelphia agrees to the following loss valuations for purposes of the resolution of this claim only, and for no other purpose, subject to a determination of whether coverage under Philadelphia's policy is afforded for the loss in the lawsuit pending before Judge Young in USDC. Also, as we discussed and agreed, the issue of the applicability and extent of co-insurance will be resolved separately in the lawsuit, as well.

Replacement Cost Value (RCV) = $2,103,044

Actual Cash Value (ACV) = $1,377,302

Philadelphia continues to reserve all of its rights under the policy and at law.

Please confirm that you will advise the panel that we have resolved the issues that were to have been determined in reference, that next week's hearing is cancelled, and that they should send us their final invoices. Please copy me on your transmittal.

Thank you.

Sincerely,

*David*

David W. Zizik

**David W. Zizik,** *Equity Member*
Sulloway & Hollis, P.L.L.C.
40 Westminster Street Suite 201, Providence, RI 02903
Direct Tel +1 (401) 265-5151 | Email dzizik@sulloway.com | Webpage | ACCC
Massachusetts | Rhode Island | New Hampshire | Vermont | Maine

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney-client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.